UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
OSCAR MARTINEZ and JAVIER MARTINEZ,

                                Plaintiffs,

           -against-

TOP NOTCH CONTRACTING INC. and ADAM KATZ,

                              Defendants.
-----------------------------------------------------------------------X

Civil Action No. 19-cv-6106

**AFFIDAVIT OF SERVICE**

ISALICE ACEVEDO, deposes and says that deponent is not a party to this action, is over 18 years of age, and resides in New York; that on November 6, 2019, deponent served the within LETTER TO DEFENDANTS ENCLOSING THE NOTICE OF HEARING and INDIVIDUAL RULES OF HON. SANDRA J. FEUERSTEIN, on the following:

Top Notch Contracting Inc.
1514 Park Avenue
New Hyde Park, New York 11040

Adam Katz
c/o Top Notch Contracting Inc.
1514 Park Avenue
New Hyde Park, New York 11040

the designated address by depositing a true copy of the same, enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State by certified mail, return receipt requested and first class mail.

                                          _____
                                          Isalice Acevedo

Sworn to before me this
November 6, 2019

MELISSA RUBIANO
NOTARY PUBLIC, STATE OF NEW YORK
No. 01RU6395244
QUALIFIED IN QUEENS COUNTY
COMMISSION EXPIRES JULY 22, 2023